IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JASON L. BROWN | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| C.B.H. OF PHILADELPHIA, et al. | : | NO. 17-3241 |

### ORDER

AND NOW, this 29 day of August 2017, upon consideration of plaintiff's amended complaint (ECF No. 7), his request for special appointment to serve summons (ECF No. 8), and his reply (ECF No. 9), it is ORDERED that:

1. The amended complaint is DISMISSED with prejudice in accordance with the Court's memorandum.

2. Plaintiff's request for special appointment to serve summons is DENIED as moot.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_/s/ Eduardo C. Robreno_
EDUARDO C. ROBRENO, J.